AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE CAPRONI

Raymond Junior Miller,
*Plaintiff*

v.

St Luke's Roosevelt Hospital Center
d/b/a Mount Sinai Roosevelt Hospital
*Defendant*

Civil Action No. 15 CV 7019

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

St Lukes Roosevelt Hospital Center
d/b/a Mount Sinai Roosevelt Hospital
114th (Manhattan Ave) Amsterdam Ave
10025 NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond Miller
1124 Burke Ave
Bronx, NY 10469

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: SEP 0 4 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/15

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mount Sinai St Lukes Hospital__
was received by me on *(date)* __9/15/15__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ken Romaniello__, who is designated by law to accept service of process on behalf of *(name of organization)* __Mount Sinai St Lukes Hospital__ on *(date)* __9/15/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9/15/15__

_____
Server's signature

__Po Boos__
*Printed name and title*

__167 E 51 St NY NY__
*Server's address*

Additional information regarding attempted service, etc: